Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL CORNOG ) | |
| ) | 1:07-CV-544 AWI GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ) | |
| MICHAEL ASTRUE ) | |
| ) | |
| Defendant. ) | |
|  ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 18, 2008, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, April 9, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

1  / /

2

3  Dated:  December 22, 2007          /s/ Sengthiene Bosavanh

4                                     SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff.
5

6  Dated: December 27, 2007           MCGREGOR SCOTT
                                      United States Attorney
7
                                      By: /s/ Shea Bond
8                                     (as authorized via facsimile/e-mail)
                                      SHEA BOND
9                                     Assistant Regional Counsel

10

11

12
       IT IS SO ORDERED.
13
       **Dated:   January 2, 2008**              **/s/ Gary S. Austin**
14                                      UNITED STATES MAGISTRATE JUDGE