Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL CORNOG ) | 1:07-CV-544 AWI GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional extension of time, until February 15, 2008, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, April 9, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

1 | Dated: January 18, 2008        /s/ Sengthiene Bosavanh

2                                         SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

3

4 | Dated: January 24, 2008        MCGREGOR SCOTT
United States Attorney

5

6                                         By: /s/ Shea Bond
(as authorized via facsimile/e-mail)
SHEA BOND

7                                         Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   January 29, 2008**          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE