IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL CORNOG, | 1:07-cv-00544 AWI GSA |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

On March 31, 2007, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. On April 9, 2007, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On November 21, 2007, Defendant lodged the administrative record. On January 2, 2008, the parties stipulated to extend the time for Plaintiff to serve his confidential brief to January 18, 2008. On January 29, 2008, the parties stipulated to an additional extension of time for Plaintiff to

serve his confidential brief to February 15, 2008.  Pursuant to the Scheduling Order, Plaintiff was required to file his opening brief in this Court on or before April 21, 2008.  Plaintiff has failed to file his opening brief and the parties have not stipulated to an extension of time for such filing.

       Therefore, Plaintiff is ordered to show cause, if any he has, why the action should not be dismissed for failure to comply with the April 9, 2007, Scheduling Order.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   If Plaintiff desires more time to file his brief, he should so state in his response.

       Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   May 12, 2008**             /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE